**(Official Form 1)  (12/02)**

| FORM B1 | **United States Bankruptcy Court**<br>**District of Colorado** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Reliable Air Freight, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**84-0710234** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6750 E. 46th Ave. Dr.**<br>**Unit 400**<br>**Denver, CO  80216** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Denver** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **6750 E. 46th Ave. Dr. Unit 400**<br>**Denver, CO  80216** |
|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check on box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☑ Chapter 11    ☐ Chapter 13 | |
| ☑ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ☑ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration |
| ☑ Debtor is a small business as defined in 11 U.S.C. § 101 | certifying that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Reliable Air Freight, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X */s/ Dana M. Arvin*
Signature of Attorney for Debtor(s)

**Dana M. Arvin 18699**
Printed Name of Attorney for Debtor(s)

**Underhill Law Firm, P.C.**
Firm Name

**5290 DTC Parkway, Suite 150**
Address

**Greenwood Village, CO  80111**

**(303) 721-7112**
Telephone Number

**October 20, 2003**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Jerry W. Stephens*
Signature of Authorized Individual

**Jerry W. Stephens**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 20, 2003**
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                    Case No. _____

**Reliable Air Freight, Inc.** _____    Chapter **11** _____
                                            Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 258,657.06 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 107,102.45 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 3,425.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 66,830.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | |
| J - Current Expenditures of Individual Debtor(s) | No | | | | |
| Total Number of Sheets in Schedules | | 22 | | | |
| Total Assets | | | 258,657.06 | | |
| Total Liabilities | | | | 177,358.05 | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

IN RE **Reliable Air Freight, Inc.**
Debtor(s)                                                        Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reliable Air Freight, Inc.**                                      Case No. _____

_____
Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | | **1,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit held by landlord East 47th Building 6, represented by Etkin Johnson Company LLC, 1512 Larimer Street, Suite 325, Denver, Colorado, for warehouse and storage space located at 6750 East 47th Avenue Drive, Unit 400, Denver, Colorado.** | | **20,350.00** |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | 10/09/03  Aerostar Global Logistics, Inc. | | 43.98 |
| | | 10/09/03  Brock Transportation, LLC. | | 5.75 |
| | | 10/09/03 1st Choice Brokerage, LTD. | | 224.69 |
| | | 10/09/03 20/20 Freight Systems | | 19.44 |
| | | 10/09/03 Able Cargo Transit, Inc. | | 71.92 |
| | | 10/09/03 Accelerated Trans. | | 60.01 |
| | | 10/09/03 Acme Distribution | | 330.00 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Reliable Air Freight, Inc.                                                        Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 10/09/03 Adcom Express | | 9,593.82 |
| | | 10/09/03 Advantage Global Freight Serv. | | 25.67 |
| | | 10/09/03 Affordable Home & Business Shi | | 91.20 |
| | | 10/09/03 Air "Care" - Go -, Inc. | | 185.57 |
| | | 10/09/03 Air & Ground World Transport | | 15.75 |
| | | 10/09/03 Air Freight Unlimited | | 311.70 |
| | | 10/09/03 Air Group Express | | 2,075.12 |
| | | 10/09/03 Air One Int'l Freight Svcs. | | 24.77 |
| | | 10/09/03 Air Plus Limited | | 127.16 |
| | | 10/09/03 Airplus Transportation Special | | 21.87 |
| | | 10/09/03 Alaska Air | | 49.33 |
| | | 10/09/03 Aliant Air Cargo | | 607.24 |
| | | 10/09/03 Alliance Air Freight | | 241.16 |
| | | 10/09/03 AM Freight Logistics | | 3,537.08 |
| | | 10/09/03 America West | | 15.07 |
| | | 10/09/03 American Airlines | | 399.61 |
| | | 10/09/03 American River Logistics LTD | | 175.24 |
| | | 10/09/03 Apex Freight | | 19.91 |
| | | 10/09/03 Ark Air Express | | 18.64 |
| | | 10/09/03 Associated Global | | 50.00 |
| | | 10/09/03 ATM Air Freight | | 194.44 |
| | | 10/09/03 Axis Global Systems | | 323.17 |
| | | 10/09/03 Behind the Scenes | | 104.18 |
| | | 10/09/03 Benchmark Transportation Serv. | | 136.19 |
| | | 10/09/03 Berklay Air Services | | 48.12 |
| | | 10/09/03 C. Zimmerman Inc. | | 12.60 |
| | | 10/09/03 C.M. Schayer | | 4,864.21 |
| | | 10/09/03 Cambridge Movers | | 48.28 |
| | | 10/09/03 Cargo Unlimited | | 21.45 |
| | | 10/09/03 Cavalry Express | | 226.53 |
| | | 10/09/03 Century Express, Inc. | | 19.44 |
| | | 10/09/03 CMS Domestic | | 2,495.18 |
| | | 10/09/03 Colorado Custom Brokers, Inc. | | 81.75 |
| | | 10/09/03 Con-Way Air | | 24.58 |
| | | 10/09/03 Continental Airlines | | 20.74 |
| | | 10/09/03 D & M Express Serv. | | 207.48 |
| | | 10/09/03 Dan Kerr Trucking, Inc. | | 33.09 |
| | | 10/09/03 Daybreak Express, Inc. | | 774.48 |
| | | 10/09/03 Delta Airlines | | 131.02 |
| | | 10/09/03 DFW Crating, Inc. | | 194.11 |
| | | 10/09/03 Diamond Forwarding Int'l, Inc. | | 214.58 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE **Reliable Air Freight, Inc.** _____ Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 10/09/03 E S T | | 33.76 |
| | | 10/09/03 Eclipse Freight Systems, Inc. | | 876.41 |
| | | 10/09/03 Elite Express | | 52.38 |
| | | 10/09/03 Emerald Air Express | | 1,365.46 |
| | | 10/09/03 Emily Enterpises | | 20.00 |
| | | 10/09/03 Emo Trans | | 157.92 |
| | | 10/09/03 Essential Air | | 62.40 |
| | | 10/09/03 Estes Air Transportation | | 58.91 |
| | | 10/09/03 Exhibit Express | | 18.41 |
| | | 10/09/03 Expo Solutions, Inc. | | 28.00 |
| | | 10/09/03 Express Freight International | | 156.84 |
| | | 10/09/03 Falcon Logistics | | 497.26 |
| | | 10/09/03 Farwest Frt. Systems | | 1,279.85 |
| | | 10/09/03 Forward Air | | 2,465.62 |
| | | 10/09/03 Gale/Triangle | | 19.44 |
| | | 10/09/03 Gallagher Trans. Int'l | | 332.74 |
| | | 10/09/03 Gateway Distribution Services | | 850.50 |
| | | 10/09/03 Gateway International Transpor | | 593.64 |
| | | 10/09/03 Gelato d'Italia, Inc. | | 71.52 |
| | | 10/09/03 Geologistics Americas Inc. | | 31.14 |
| | | 10/09/03 Global Logistics, Inc. | | 43.69 |
| | | 10/09/03 Greyhound Lines, Inc. | | 10.00 |
| | | 10/09/03 Griffin Transport | | 76.24 |
| | | 10/09/03 GSI Logistics, Inc. | | 148.54 |
| | | 10/09/03 Guaranteed Air Freight | | 68.95 |
| | | 10/09/03 HA Logistics, Inc. | | 57.40 |
| | | 10/09/03 Herman Miles Trans. | | 0.00 |
| | | 10/09/03 Highland Food Service | | 1,150.75 |
| | | 10/09/03 Horizon Entertainment Cargo | | 85.00 |
| | | 10/09/03 Industrial Resources, Inc. | | 825.00 |
| | | 10/09/03 Inland Transit Systems | | 100.75 |
| | | 10/09/03 Int'l Transport Svc. | | 92.37 |
| | | 10/09/03 Integres Global Logistics, Inc. | | 1,330.76 |
| | | 10/09/03 Inter Global Systems | | 5.00 |
| | | 10/09/03 Interconex | | 35.78 |
| | | 10/09/03 International Freightways Svcs. | | 109.74 |
| | | 10/09/03 Intl. Services Group | | 15.75 |
| | | 10/09/03 InTransit, Inc. | | 128.20 |
| | | 10/09/03 J S I Shipping | | 950.59 |
| | | 10/09/03 Joyce Expediting | | 27.35 |
| | | 10/09/03 K & K Express | | 1,992.66 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Reliable Air Freight, Inc. _____ Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 10/09/03 Kintetsu World Exp. | | 60.00 |
| | | 10/09/03 KOL< Inc. | | 79.96 |
| | | 10/09/03 Landstar Exp. America | | 3,145.98 |
| | | 10/09/03 Last Minute Air | | 124.83 |
| | | 10/09/03 Logistics Innovators/Rent | | 3,641.60 |
| | | 10/09/03 Logistics Unlimited, Inc. | | 19.44 |
| | | 10/09/03 Love Express, Inc. | | 884.57 |
| | | 10/09/03 Mack Trucks | | 100.00 |
| | | 10/09/03 Marina Seafoods | | 268.24 |
| | | 10/09/03 Marlin Air Cargo, Inc. | | 113.85 |
| | | 10/09/03 Masterpiece Offices | | 92.96 |
| | | 10/09/03 Matrix International | | 68.45 |
| | | 10/09/03 Menlo Worldwide Trade Services | | 218.35 |
| | | 10/09/03 Mid-America Overseas | | 73.80 |
| | | 10/09/03 Mid-America Overseas, Inc. | | 143.34 |
| | | 10/09/03 Midwest Express | | 134.25 |
| | | 10/09/03 MR Resouces, Inc. | | 42.62 |
| | | 10/09/03 MTI Worldwide | | 10.00 |
| | | 10/09/03 Mtn. Man Fruit & nut | | 430.93 |
| | | 10/09/03 National Air Cargo | | 121.46 |
| | | 10/09/03 National Parcel Logistics, Inc. | | 325.25 |
| | | 10/09/03 Nations Express Worldwide | | 1,021.60 |
| | | 10/09/03 Navigator Air, Inc. | | 120.97 |
| | | 10/09/03 New World Transport | | 120.27 |
| | | 10/09/03 North American Air Frt. | | 1,185.40 |
| | | 10/09/03 North Bay Freight & Crate | | 90.16 |
| | | 10/09/03 Northwest Airlines | | 44.91 |
| | | 10/09/03 O'Grady Air Service, Inc. | | 41.31 |
| | | 10/09/03 Ocean Air Transportation | | 332.63 |
| | | 10/09/03 Omega Transportation, Inc. | | 92.50 |
| | | 10/09/03 Omni Logistics, Inc. | | 188.81 |
| | | 10/09/03 Omni Trans | | 10.00 |
| | | 10/09/03 PAC Logistic Services | | 20.00 |
| | | 10/09/03 Pacific Seafood/Jakes Sea Food | | 50.54 |
| | | 10/09/03 Pallets in Motion | | 675.96 |
| | | 10/09/03 Palm Restaurant Den. | | 283.99 |
| | | 10/09/03 Paxton VanLines | | 72.37 |
| | | 10/09/03 Pentax Corp | | 5,770.34 |
| | | 10/09/03 Pentax Teknologies | | 1,102.04 |
| | | 10/09/03 Plane Cargo Inc. | | 76.86 |
| | | 10/09/03 Planet Earth Air Cargo | | 18.75 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Reliable Air Freight, Inc.          Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 10/09/03 Q.W. Express | | 995.28 |
| | | 10/09/03 Quantum Logistics, Inc. | | 15.43 |
| | | 10/09/03 R & N Transport | | 15.66 |
| | | 10/09/03 R A Logistics | | 5.00 |
| | | 10/09/03 RCC | | 6,914.08 |
| | | 10/09/03 Ridacan, Inc. | | 818.55 |
| | | 10/09/03 RK Express | | 2,942.09 |
| | | 10/09/03 RMX, A UPS Company | | 1,125.10 |
| | | 10/09/03 Rock-It Cargo USA | | 14.91 |
| | | 10/09/03 S & M Moving Sys, Inc. | | 21.17 |
| | | 10/09/03 Scaff-Tek, Inc. | | 250.00 |
| | | 10/09/03 Schneider Freight USA, Inc. | | 47.22 |
| | | 10/09/03 Security Delivery | | 29.44 |
| | | 10/09/03 Select Transportation (50082) | | 128.72 |
| | | 10/09/03 Service | | 26.31 |
| | | 10/09/03 Service by Air | | 9,407.93 |
| | | 10/09/03 Show Freight Industries, Inc. | | 11.87 |
| | | 10/09/03 Showcars Body Parts Unlimited | | 28.75 |
| | | 10/09/03 Specialized Transportation Sys | | 51.30 |
| | | 10/09/03 STAT Freight Systems, Inc. | | 120.38 |
| | | 10/09/03 STS Air Cargo | | 47.14 |
| | | 10/09/03 Summatech | | 15.95 |
| | | 10/09/03 Sun Air Freight | | 40.19 |
| | | 10/09/03 Tantara Trans Group | | 293.41 |
| | | 10/09/03 Tazmanian Freight Systems | | 442.66 |
| | | 10/09/03 TDS Logistics | | 19.57 |
| | | 10/09/03 Transgroup Express | | 275.11 |
| | | 10/09/03 Transport Logistic Services | | 30.18 |
| | | 10/09/03 Triple "B" Packers | | 178.25 |
| | | 10/09/03 U S Global Logistics, Inc. | | 146.60 |
| | | 10/09/03 U.S. Freight Systems, Inc. | | 199.56 |
| | | 10/09/03 UNI Trans.Worldwide | | 71.79 |
| | | 10/09/03 Unigroup Worldwide, Inc. | | 569.55 |
| | | 10/09/03 United Airlines | | 1,113.67 |
| | | 10/09/03 United American | | 5,196.57 |
| | | 10/09/03 United Global Logistics | | 196.20 |
| | | 10/09/03 UPS Freight Services | | 108.32 |
| | | 10/09/03 UPS Freight Services | | 70.67 |
| | | 10/09/03 US Air | | 70.30 |
| | | 10/09/03 USA Cargo and Courier | | 49.26 |
| | | 10/09/03 USA Carriers, Inc. | | 565.53 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Reliable Air Freight, Inc.            Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 10/09/03 Valley Air Freight | | 270.96 |
| | | 10/09/03 Vital Express | | 10.00 |
| | | 10/09/03 Winchester Air Exp. | | 214.17 |
| | | 10/09/03 Worldwide Cargo Svcs | | 42.62 |
| | | 10/09/03 Xline Worldwide Logistics | | 116.38 |
| | | 10/09/03 Yellow Corp. Exp. Serv. | | 80.94 |
| | | 10/09/03 Zust Bachmeier of Switzerland | | 118.99 |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1973 Gin Trailer VIN 99855E | | 500.00 |
| | | 1985 Mack Tractor VIN VG6M113X7FB064414 | | 4,000.00 |
| | | 1987 Freuhauf Trailer VIN 1H2V05322HE010809 | | 500.00 |
| | | 1992 Strick Trailer VIN 1S12E9537NE340526 | | 7,500.00 |
| | | 1993 Mack VIN VG6M116A6PB101400 | | 8,000.00 |
| | | 1993 Mitsubishi VIN JW6AKF1H5PL001028 | | 4,500.00 |
| | | 1994 Ford Tractor VIN 1FDYS95T0RVA06929 | | 5,500.00 |
| | | 1994 Mack VIN VC6M116A9RB101619 | | 8,000.00 |
| | | 1994 Mack VIN VG6M116A5RB101603 | | 8,000.00 |
| | | 1994 Mack VIN VG6M116AXRB101466 | | 8,000.00 |
| | | 1995 Mack VIN VG6BA0747SB501409 | | 8,000.00 |
| | | 1996 Freuhauf Trailer VIN 1H2V05326TE073727 | | 12,000.00 |
| | | 1996 Freuhauf Trailer VIN VVG349429 | | 12,000.00 |
| | | 1996 Mack VIN VG6BA07A1TB501763 | | 10,000.00 |
| | | 1997 Mitsubishi VIN JW6BBF1H7VL001243 | | 4,500.00 |
| | | 1999 Mack VIN VG6BA07A1XB60111 | | 12,500.00 |

IN RE **Reliable Air Freight, Inc.**                                                    Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | | **(8) Computers, desks and telephones** | | **4,000.00** |
| | | **Office supplies** | | **1,000.00** |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | | **(2) Electric pallets** | | **2,000.00** |
| | | **(2) Forklifts** | | **16,000.00** |
| | | **(8) Standard pallet jacks** | | **800.00** |
| | | **(8) Two wheel dolleys** | | **320.00** |
| 28.  Inventory. | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **258,657.06** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Reliable Air Freight, Inc.                                              Case No. _____
                                    Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):   Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**IN RE** **Reliable Air Freight, Inc.**                                                    Case No.
_____
                                      Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

   State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

   Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Citi Capital**<br>**P.O. Box 6229**<br>**Carol Stream, IL  60197-6229** | | | **10/06/03 1999 Mack Truck**<br><br><br>Value $          **12,500.00** | | | | **15,723.07**<br><br>UNSECURED PORTION, IF ANY<br>**3,223.07** |
| Account No. **LL03931**<br><br>**McCandless International**<br>**16704 E. 32nd Ave.**<br>**Aurora, CO  80011** | | | **Leased vehicle**<br><br><br>Value $ | | | | **15,606.00**<br><br>**15,606.00** |
| Account No.<br><br>**RAF Freight, LLC**<br>**C/O Dave Neill, Morrison Express Corp.**<br>**2000 Hughes Way**<br>**El Segundo, CA  90245** | | | **Secured Shareholder Loan**<br><br><br>Value $ | | | | **45,880.96**<br><br>**45,880.96** |
| Account No.<br><br>**Textron Financial**<br>**P.O. Box 102857**<br>**Atlanta, GA  30368-2857** | | | **Line of Credit**<br><br><br>Value $ | | | | **22,818.89**<br><br>**22,818.89** |
| Account No.<br><br>**Toyota Motor Credit**<br>**Commercial Finance**<br>**P.O. Box 2431**<br>**Carol Stream, IL  60123-2431** | | | **09/06/03 Forklift**<br><br><br>Value $          **16,000.00** | | | | **4,684.44** |

_____  **1** Continuation Sheets attached

|  | Subtotal<br>(Total of this page) | **104,713.36** |
|---|---|---|
|  | (Complete only on last sheet of Schedule D)  **TOTAL** | |
|  | (Report total also on Summary of Schedules) | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

IN RE **Reliable Air Freight, Inc.** _____  Case No. _____
                                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Wells Fargo Equipment Finance<br>NW-8178<br>P.O. Box 1450<br>Minneapolis, MN  55485-8178** | | | **10/12/03 1997 Mistubishi**<br><br>Value $ **4,500.00** | | | | **926.29** |
| Account No.<br>**Wells Fargo Equipment Finance<br>P.O. Box 1450<br>Minneapolis, MN  55485-8178** | | | **09/12/03 1996 Mack**<br><br>Value $ **10,000.00** | | | | **1,462.80** |
| Account No. | | | Value $ | | | | |
| Account No. | | | Value $ | | | | |
| Account No. | | | Value $ | | | | |
| Account No. | | | Value $ | | | | |
| Account No. | | | Value $ | | | | |

Sheet _____ **1** of _____ **1** Continuation Sheets attached to Schedule D

| | Subtotal (Total of this page) | **2,389.09** |
|---|---|---|
| | (Complete only on last sheet of Schedule D) **TOTAL** | **107,102.45** |
| | (Report total also on Summary of Schedules) | |

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Reliable Air Freight, Inc.** _____   Case No. _____
                              Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the Total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☑ **Deposits by individuals**
   Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

   * Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** Continuation Sheets attached

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE **Reliable Air Freight, Inc.** _____ Case No. _____
                              Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Deposits by individuals
(Type of Priority)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Brock, LLC**<br>**6750 E. 46th Ave. Dr.**<br>**Denver, CO  80216** | | | **Customer Deposit** | | | | 900.00<br>900.00 |
| Account No.<br>**Industrial Resources**<br>**6750 E. 46th Ave. Dr., #400**<br>**Denver, CO  80216** | | | **Customer Deposit** | | | | 1,800.00<br>1,800.00 |
| Account No.<br>**Logistics**<br>**6750 E. 46th Ave. Dr. #400**<br>**Denver, CO  80216** | | | **Customer Deposit** | | | | 725.00<br>725.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Sheet ___**1**___ of ___**1**___ Continuation Sheets attached to Schedule E | | | | Subtotal<br>(Total of this page) | | | **3,425.00** |
| | | | (Complete only on last sheet of Schedule E)  **TOTAL** | | | | **3,425.00** |
| | | | | | | (Report total also on Summary of Schedules) | |

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**IN RE** **Reliable Air Freight, Inc.**                                                                 Case No. _____

                                       Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **116683**<br><br>**Action Express**<br>**P.O. Box 2226**<br>**Casper, WY  82602** | | | **08/2003 Trade Creditor** | | | | **275.00** |
| Account No.<br><br>**All Metro Door & Dock Services, LLC**<br>**6445 Downing St.**<br>**Denver, CO  80229** | | | **09/2003 Trade Creditor** | | | | **887.66** |
| Account No.<br><br>**CBeyond Communications**<br>**P.O. Box 848432**<br>**Dallas, TX  75284-8432** | | | **09/2003 Trade Creditor** | | | | **859.83** |
| Account No.<br><br>**City Autobody & Towing**<br>**6020 W. 55th Pl.**<br>**Arvada, CO  80002** | | | **08/2003 Trade Creditor** | | | | **335.50** |
| Account No.<br><br>**Colorado Door Service, Inc.**<br>**3291 Peoria St., Unit E**<br>**Aurora, CO  80010** | | | **07/2003 Trade Creditor** | | | | **392.82** |

_____ **4** Continuation Sheets attached

Subtotal
(Total of this page)  **2,750.81**

(Complete only on last sheet of Schedule F)  **TOTAL**  

(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Reliable Air Freight, Inc. _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Colorado Mack Sales & Service, Inc.**<br>P.O. Box 16364<br>Denver, CO  80216 | | | **09/2003 Trade Creditor** | | | | 1,132.31 |
| Account No. **F3790**<br>**Custom Fleet Svcs**<br>P.O. Box 16811<br>Denver, CO  80216 | | | **07/2003 Trade Creditor** | | | | 115.50 |
| Account No.<br>**Custom Products & Sales, Inc.**<br>P.O. Box 31437<br>Aurora, CO  80041 | | | **09/2003 Trade Creditor** | | | | 183.31 |
| Account No. **8072**<br>**E & R Pallet Repair**<br>P.O. Box 100<br>Dacono, CO  80514-0100 | | | **10/2003 Trade Creditor** | | | | 522.60 |
| Account No. **472-600-CU**<br>**East 47th Building 6**<br>1512 Larimer St, Ste. 325<br>Denver, CO  80202 | | | **10/2003 Trade Creditor** | | | | 37,635.04 |
| Account No.<br>**Front Range Cartage, Inc.**<br>4201 E. 52nd Ave.<br>Commerce City, CO  80022 | | | **06/2003 Trade Creditor** | | | | 188.61 |
| Account No. **537REL**<br>**Gasamat Oil Corp.**<br>P.O. Box 18690<br>Boulder, CO  80308-1690 | | | **09/2003 Trade Creditor** | | | | 4,244.05 |

Sheet _____**1**___ of _____**4**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **44,021.42**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**IN RE** Reliable Air Freight, Inc.        Case No.

Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br>**Gasamat Propane**<br>P.O. Box 18690<br>Boulder, CO  80308-1690 | | | **10/2003 Trade Creditor** | | | | 665.23 |
| Account No. **30775**<br>**GCR Truck Tire Center**<br>5505 E. 48th Ave.<br>Denver, CO  80216 | | | **08/2003 Trade Creditor** | | | | 484.13 |
| Account No. **9822075-1**<br>**General Air Service & Supply**<br>1105 Zuni St.<br>Denver, CO  80204-3338 | | | **09/2003 Trade Creditor** | | | | 7.40 |
| Account No. <br>**Key People Company**<br>777 S. Wadsworth Blvd., Bldg. 3, Ste 103<br>Lakewood, CO  80226 | | | **09/2003 Trade Creditor** | | | | 220.00 |
| Account No. <br>**Manager Of Revenue**<br>City And County Of Denver<br>201 W. Colfax Ave., Dept. 206<br>Denver, CO  80202 | | | **Truck Registration Renewal** | | | | 254.00 |
| Account No. <br>**MHC Truck Leasing**<br>P.O. Box 17329<br>Denver, CO  80217-0329 | | | **08/2003 Truck Rentals** | | | | 372.28 |
| Account No. **770633**<br>**Mountain State Truck Center**<br>5025 Vasquez Blvd.<br>Denver, CO  80216-3094 | | | **09/2003 Trade Creditor** | | | | 146.76 |

Sheet _____ **2** of _____ **4** Continuation Sheets attached to Schedule F

Subtotal (Total of this page): **2,149.80**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Reliable Air Freight, Inc. _____   Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1308823**<br><br>**Pepperdine's Marking Products, LTD.**<br>**790 Umatilla St.**<br>**Denver, CO 80204** | | | 10/2003 Trade Creditor | | | | 34.30 |
| Account No. **720-971-9687-262E**<br><br>**Qwest**<br>**Denver, CO 80244-0001** | | | 09/2003 Telephone service | | | | 927.95 |
| Account No. **082503**<br><br>**RAF Freight, LLC**<br>**C/O Dave Neill, Morrison Express Corp.**<br>**2000 Hughes Way**<br>**El Segundo, CA 90245** | | | Management Services 07/03, 08/03 and 09/03 | | | | 10,500.00 |
| Account No. **200201370**<br><br>**Royal Truck Repair, LLC**<br>**6087 E. 5nd Ave.**<br>**Commerce City, CO 80022** | | | 08/2003 Trade Creditor | | | | 1,282.26 |
| Account No.<br><br>**Shield Tech**<br>**1750 30th St., #519**<br>**Boulder, CO 80301** | | | 10/2003 Trade Creditor | | | | 80.00 |
| Account No.<br><br>**Skyfreight, Inc.**<br>**P.O. Box 13016**<br>**Denver, CO 80201** | | | 10/2003 Trade Creditor | | | | 1,143.75 |
| Account No.<br><br>**TCG Now, LLC**<br>**13100 E. 39th Ave., Ste. 1**<br>**Denver, CO 80239** | | | 09/2003 Trade Creditor | | | | 3,770.04 |

Sheet _____ **3** of _____ **4** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   17,738.30

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Reliable Air Freight, Inc.** _____ Case No. _____
                                              Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **42663756**<br><br>**Zep Manufacturing Co.**<br>**Dept. LA 21294**<br>**Pasadena, CA  91185-1294** | | | **09/2003 Trade Creditor** | | | | **170.27** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet _____ **4** of _____ **4** Continuation Sheets attached to Schedule F | Subtotal<br>(Total of this page) | **170.27** |
| | (Complete only on last sheet of Schedule F)  **TOTAL** | **66,830.60** |
| | (Report total also on Summary of Schedules) | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**IN RE** Reliable Air Freight, Inc.         Case No. _____

                         Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **McCandless International**<br>**16704 E. 32nd Ave.**<br>**Aurora, CO  80011**<br><br>**East 47th Building 6**<br>**1512 Larimer St, Ste. 325**<br>**Denver, CO  80202** | **Leased Vehicle**<br><br><br>**Leased warehouse and storage space at 6750 E. 46th Ave.**<br>**Dr., Unit 400, Denver, Colorado  80216** |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Reliable Air Freight, Inc.                                    Case No. _____
_____
                        Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

**IN RE** Reliable Air Freight, Inc. _____  Case No. _____

Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that
(Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.


Date: _____     Signature: _____
Debtor

Date: _____     Signature: _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer                          Social Security No.

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____          _____
Signature of Bankruptcy Petition Preparer                                             Date

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result
in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the **Reliable Air Freight, Inc.** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)


Date: **October 20, 2003** _____     Signature: _**/s/ Jerry W. Stephens**_____

**Jerry W. Stephens**
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

IN RE:  Case No. _____

**Reliable Air Freight, Inc.**  Chapter **11**

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case if filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE (if more than one)
839,347.00  Y-T-D 08/31/03

**Business only owned in 2003**

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☐  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **CBeyond Communications**<br>P.O. Box 848432<br>Dallas, TX  75284-8432 | 08/19/2003<br>08/30/2003 | 1,636.20 | 859.83 |
| **Citi Capital**<br>P.O. Box 6229<br>Carol Stream, IL  60197-6229 | 07/25/2003<br>08/30/2003 | 1,709.59 | 15,723.07 |
| **East 47th Building 6**<br>1512 Larimer St, Ste. 325<br>Denver, CO  80202 | 08/07/2003 | 18,817.52 | 37,635.04 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Gasamat Oil Corp.<br>P.O. Box 18690<br>Boulder, CO  80308-1690 | 07/21/2003<br>07/25/2003<br>08/30/2003 | 6,707.27 | 665.23 |
| GCR Truck Tire Center<br>5505 E. 48th Ave.<br>Denver, CO  80216 | 07/21/2003<br>08/07/2003 | 1,369.65 | 484.13 |
| Hanson & Co. CPAs/Consultants<br>55 Madison, #555<br>Denver, CO  80206 | 07/21/2003<br>08/30/2003 | 1,300.00 | 0.00 |
| Kaiser Permanente | 07/30/2003<br>08/30/2003 | 8,381.04 | 0.00 |
| McCandless International<br>16704 E. 32nd Ave.<br>Aurora, CO  80011 | 08/07/2003 | 1,171.09 | 15,606.00 |
| Pinnacol Assurance<br>Olson And Olson, Ltd.<br>750 W. Hampden Ave., Ste. 440<br>Englewood, CO  80110 | 08/07/2003 | 3,810.00 | 0.00 |
| Qwest<br>Denver, CO  80244-0001 | 07/21/2003<br>08/30/2003 | 1,472.04 | 927.95 |
| Schayer. Charles M. & Company | 07/21/2003 | 625.00 | 0.00 |
| TCG Now, LLC<br>13100 E. 39th Ave., Ste. 1<br>Denver, CO  80239 | 08/07/2003 | 817.31 | 3,770.04 |
| Textron Financial | 08/07/2003 | 712.24 | 0.00 |
| UPAC | 07/30/2003<br>08/29/2003 | 13,092.46 | 0.00 |
| Wells Fargo Equipment Finance<br>NW-8178<br>P.O. Box 1450<br>Minneapolis, MN  55485-8178 | 08/07/2003<br>08/30/2003<br>08/30/2003 | 1,517.69 | 2,389.09 |
| Xcel Energy<br>Public Service Company Of Colorado<br>P.O. Box 840<br>Denver, CO  80201 | 07/21/2003<br>08/30/2003 | 3,982.81 | 0.00 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or
☑ were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐ bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| East 47th Business Center, LLC,<br>a Colorado limited liability<br>company v. Reliable Air Freight,<br>Inc., a Colorado corporation and<br>Any and All Other Occupants<br>03CV7925 | Unlawful Detainer | District Court, City and County of<br>Denver, Colorado, 1437 Bannock<br>Street, Denver, Colorado  80202 | |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☑ the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Unit #90 Mack Truck  $5,000.00 | Fire Loss | 02/13/2003 |
| **Loss not covered by insurance.** | | |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Underhill Law Firm, P.C.<br>5290 DTC Parkway, Suite 150<br>Greenwood Village, CO  80111 | 10/07/2003 | 7,500.00 |

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Mountain States Bank<br>1635 E. Colfax Ave.<br>Denver, CO  80218 | Money Market Account<br>Number 801912 | 4600.22/ 06/03/2003 |

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4195 A Oneida St., Denver, Colorado  80216** | **Reliable Air Freight, Inc.** | **to May 2002** |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bondi & Co.**<br>**44 Inverness Dr. East**<br>**Englewood, CO  80112** | **Prior to 07/2000** |
| **Hanson & Co.**<br>**55 Madison, #555**<br>**Denver, CO  80206** | **As of 07/2000** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Hanson & Co.**<br>**55 Madison, #555**<br>**Denver, CO  80206** | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Hanson & Co.**
**55 Madison, #555**
**Denver, CO  80206**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **T. Charles Wilson Insurance** | **04/2003** |

**Submitted for insurance renewal.**

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jerry W. Stephens**<br>**6750 E. 46th Avenue Drive, Unit 400** | **President** | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

Denver, CO  80216

**Pam Edwards**                                    **Secretary**
**6750 E. 46th Avenue Drive, Unit 400**
**Denver, CO  80216**

**RAF, LLC.**                                      **Shareholder**               **100%**
**6750 E. 46th Ave. Dr., Unit 400**
**Denver, CO  80216**

---

**22. Former partners, officers, directors and shareholders**

None  ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

---

None  ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None  ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None  ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case.

---

**25. Pension Funds.**

None  ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 20, 2003**                Signature: ***/s/ Jerry W. Stephens***

                                          **Jerry W. Stephens, President**
                                                                    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**                                                          Case No. _____

**Reliable Air Freight, Inc.** _____   Chapter **11** _____
                                                  Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October 20, 2003** _____   Signature: **/s/ Jerry W. Stephens** _____
                                                  **Jerry W. Stephens, President**                    Debtor


Date: _____   Signature: _____
                                                                                      Joint Debtor, if any

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only